UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...................................................................................X
:
EDWIN ZAYAS, Individually and on Behalf of  :
All Others Similarly Situated

:     1:21-cv-10170 ER
                Plaintiff,         :
:     ***NOTICE OF APPEARANCE***

      - against –            :

233 NINTH CORP. and 8th AVENUE TOBACCO    :
AND MAGAZINE INC.
              Defendants.    :
……………………………………………………………..X

      Please Take Notice That 233 NINTH CORP. ("233") appear in this action as of April 08, 2022, and that the undersigned has been retained as counsel for such party in this action. All pleadings, papers, and documents required to be served in this action must be served on the undersigned at the office address indicated below.


Date: April 08, 2022
                                                    /s/
                                       Sanjay Chaubey, Esq. (SC-3241)

                                       Attorneys for Defendant

                                       *233 NINTH CORP.*

                                       420 Lexington Avenue, Suite 2148
                                       New York, New York 10170
                                       (212) 563-3223
                                       E-mail: chauneylaw@gmail.com