UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...................................................................................X

| | |
|---|---|
| EDWIN ZAYAS, Individually and on Behalf of All Others Similarly Situated | : |
| | : 1:21-cv-10170 ER |
| Plaintiff, | : |
| | : **Rule 7.1 Statement** |
| - against – | : |
| 233 NINTH CORP. and 8th AVENUE TOBACCO AND MAGAZINE INC. | : |
| Defendants. | : |

…………………………………………………………….X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate Possible Disqualification or recusal, the undersigned counsel for Defendant, 233 NINTH CORP. individually certify that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

-NONE-

Date: April 08, 2022

                                                        /s/
                                      Sanjay Chaubey, Esq. (SC-3241)

                                      Attorneys for Defendant

                                      *233 NINTH CORP.*

                                      420 Lexington Avenue, Suite 2148
                                      New York, New York 10170
                                      (212) 563-3223
                                      E-mail: chauneylaw@gmail.com