Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

**MEMO ENDORSED**

February 9, 2023

**BY ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
500 Pearl Street, Room 1360
New York, NY 10007

> The request for a third, 30-day, extension of time to file an application to reopen (from February 9, 2023, to March 11, 2023) is granted. SO ORDERED.
>
> /s/ Edgardo Ramos
> Edgardo Ramos, U.S.D.J.
> Dated: February 9, 2023
> New York, New York

RE: *Zayas v. 233 Ninth Corp., et al*
<u>21cv10170 (ER)(JLC)</u>

Dear Judge Ramos:

I represent the plaintiff and with the consent of the Defendants, file this joint letter motion seek a 30-day extension of time to file an application to reopen, or in the alternative, to reopen the case. This is the third request for an extension of time to reopen.

On January 3, 2023, the Court extended parties time to file an application to reopen by February 9, 2023. Since then, parties have been trying to finalize the terms of a settlement agreement. However, Defendant 233 Ninth Corp. is objecting to a proposed alteration.

Parties are confident we will find a resolution. However, we need more time to identify the alternative alteration and finalize the terms.

Thank you.

Respectfully,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.

cc: (via ECF)
Sanjay Chaubey, Esq.
*Attorneys for Defendants*