Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

**MEMO ENDORSED**　　　　　March 10, 2023

> The request for a 14-day extension of time to file an application to reopen (from March 11, 2023, to March 25, 2023) is GRANTED. SO ORDERED.
>
> *Edgardo Ramos, U.S.D.J.*
> Dated: March 12, 2023
> New York, New York

**BY ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
500 Pearl Street, Room 1360
New York, NY 10007

RE:   *Zayas v. 233 Ninth Corp., et al*
      <u>21cv10170 (ER)(JLC)</u>

Dear Judge Ramos:

　　I represent the plaintiff and with the consent of the Defendants, file this joint letter motion seek a 14-day extension of time to file an application to reopen, or in the alternative, to reopen the case. This is the fourth request for an extension of time to reopen.

　　On February 10, 2023, the Court extended parties time to file an application to reopen by March 11, 2023.

　　Currently, parties are working cooperatively to find a resolution to this case. However, we've come to some obstacles because of travel of indispensable persons. Consequently, we are asking for a short extension of time so that parties can recommence settlement negotiations once indispensable person returns back from overseas travel. Also, the short extension will help parties keep a leash on the timing our discussions.

　　Thank you.

　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　/s/ James E. Bahamonde

　　　　　　　　　　　　　　　　　　　　James E. Bahamonde, Esq.

cc:  (via ECF)
Sanjay Chaubey, Esq.
*Attorneys for Defendants*